# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| DEVON COOPER, | Case No. 3:20-cv-00395-LRH-WGC |
| Petitioner, | **ORDER** |
| v. | |
| WILLIAM GITTERE, et al., | |
| Respondents. | |

Petitioner having filed a motion for extension of time (ECF No. 12), and good cause appearing;

IT THEREFORE IS ORDERED that petitioner's motion for extension of time (ECF No. 12) is **GRANTED**. Petitioner will have up to and including October 22, 2020, to respond to respondents' motion to dismiss (ECF No. 8).

DATED this 21st day of September, 2020.

_____
LARRY R. HICKS
UNITED STATES DISTRICT JUDGE

1