# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| DEVON COOPER,<br><br>　　　　　Petitioner,<br><br>　v.<br><br>WILLIAM GITTERE, et al.,<br><br>　　　　　Respondents. | Case No. 3:20-cv-00395-LRH-WGC<br><br>**ORDER** |

　　　This is a habeas corpus action under 28 U.S.C. § 2254.  On June 7, 2021, the court entered an order granting respondents' motion to dismiss.  ECF No. 17.  On June 8, 2021, the court received an electronic notice from Ely State Prison, Petitioner Cooper's address of record, that Cooper was transferred to the High Desert State Prison on August 20, 2020.  ECF No. 18.  The court will change Cooper's address and send him another copy of the order.  The court reminds Cooper that under Local Rule IA 3-1 he must keep his address up to date himself.  Otherwise, he risks missing important deadlines or the dismissal of this case.

　　　IT THEREFORE IS ORDERED that the clerk of the court change petitioner's electronic-service address to High Desert State Prison Law Library.

　　　IT FURTHER IS ORDERED that the clerk provide copies of this order, the order of June 7, 2021 (ECF No. 17), and the electronic notice of June 8, 2021 (ECF No. 18) to petitioner in a manner consistent with the clerk's current practice, such as regeneration of notices of electronic filing to petitioner.

　　　DATED this 9th day of June, 2021.

　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　LARRY R. HICKS
　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE